IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA LIAO,<br><br>           Plaintiff,<br>v.<br><br>LYFT, INC.<br><br>           Defendant. | CIV. NO. 2:20-cv-310 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jessica Liao hereby files this Notice of Voluntary Dismissal without Prejudice.

Respectfully submitted,

**McELDREW YOUNG**

*/s/ Daniel Purtell*
Daniel Purtell, Esquire
  Attorney I.D. No.: 310376
dpurtell@mceldrewyoung.com
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
(215) 545-8800
(215) 545-8805 (fax)

Dated: April 29, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA LIAO | : |
| Plaintiff, | : CIV. NO. 2:20-cv-310 |
| v. | : |
| LYFT, INC. | : |
| Defendant. | : |

CERTIFICATE OF SERVICE

I, Daniel N. Purtell, certify that I filed the foregoing Notice of Dismissal without Prejudice via the Court's electronic filing system and thereby served it upon all counsel of record.

Respectfully submitted,

**McELDREW YOUNG**

*/s/ Daniel Purtell*
Daniel Purtell, Esquire
 Attorney I.D. No.: 310376
dpurtell@mceldrewyoung.com
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
(215) 545-8800
(215) 545-8805 (fax)

Dated: April 29, 2020